IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00995-RM-KLM

LAUREN TINKER, individually and on behalf
of all others similarly situated,

    *Plaintiffs,*

v.

STANDARD INSURANCE COMPANY,

    *Defendant.*

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED this case is hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: *s/ Susan Minamizono*
    Bradley A. Levin, Reg. No. 13095
    Jeremy A. Sitcoff, Reg. No. 29393
    Susan S. Minamizono, Reg. No. 48984

**LEVIN SITCOFF WANEKA PC**
1512 Larimer Street, Suite 650
Denver, CO 80202
Phone: (303) 575-9390
Fax: (303) 575-9385
bal@lsw-legal.com
jas@lsw-legal.com
ssm@lsw-legal.com

ATTORNEYS FOR PLAINTIFF
LAUREN TINKER

By: *s/ Ryan K. McComber*
    Ryan M. McComber
    Texas Bar No. 24041428
    ryan.mccomber@figdav.com
    Timothy A. Daniels
    Texas Bar No. 05375190
    tim.daniels@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 – fax

and

Nicholas Paul Hansen
nick@hansenlawfirm.com
**HANSEN LAW FIRM**
501 S. Cherry Street, Suite 1100
Denver, CO 80246-1330
Direct: 303-785-7777
Fax: 303-954-8326

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY